204 F.2d 693
 Frazier LEWIS,
v.
Mary LEWIS, now Timothy et al.
 No. 4546.
 United States Court of Appeals Tenth Circuit.
 March 2, 1953.
 
 Young, Young & Young, Sapulpa, Okl., for appellant.
 B. H. Tabor, Checotah, Okl., Hunt & Eagleton, Tulsa, Okl., John W. Porter, Muskogee, Okl., Cyrus L. Billings, Tulsa, Okl., William C. Liedtke, Tulsa, Okl., James M. McInerney, Asst. Atty. Gen., Roger P. Marquis, and Reginald W. Barnes, Department of Justice, Washington, D.C., and Edwin Langley, U.S. Atty., and J. W. Crawford, Asst. U.S. Atty., Muskogee, Okl., for appellees.
 Before PHILLIPS, Chief Judge, and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation of the parties.